IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02870-LTB-BNB

DAVID CHARLES HOLDBROOK,

Plaintiff,

v.

SAIA MOTOR FREIGHT LINE, LLC,

Defendant.
_____

**ORDER**
_____

This matter arises on **Defendant's Motion to Strike Plaintiff's Rebuttal Expert Disclosure Dated August 2, 2010 [etc.]** [Doc. # 27, filed 8/12/2010] (the "Motion to Strike"). The defendant seeks an order striking the plaintiff's designation of rebuttal expert witnesses arguing that the experts are principal experts, not rebuttal experts, and that the designation is untimely. The plaintiff has designate health care treaters, which he assures are offered purely in rebuttal to the defendant's expert on the issue of mitigation of damages.[1]

I held a hearing on the Motion to Strike this morning and made rulings on the record, which are incorporated here. For the reasons stated on the record,

IT IS ORDERED that:

(1)     The Motion to Strike [Doc. # 27] is DENIED;

---

[1]The plaintiff states in his response to the Motion to Strike that "[p]laintiff intends to call these witnesses to rebut the Expert Report of Mr. Laine, nothing less and nothing more." I take plaintiff's counsel at his word on this point, but I also will hold him to it.

(2)     The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before the earlier of (a) 30 days after the termination of the plaintiff's worker's compensation case against the defendant, or (b) March 1, 2011.  The plaintiff may designate no more than four expert witnesses, and the four designated must be taken from among the following: Jessica Graves; Rebecca Hawkins; Richard F. Stieg, Michael Raymond Lee; Doris Shriver; and Jonathan Woodcock.  The discovery cut-off is extended to and including May 2, 2011, solely to allow discovery to be taken of the plaintiff's expert witnesses; and

(3)     The plaintiff shall make his medical records available to the defendant for inspection and copying, at the defendant's expense, at a date and time as the parties may agree, but not later than March 1, 2011.

Dated September 2, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge