IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 09-cv-02870 - LTB -BNB

DAVID CHARLES HOLDBROOK,

     Plaintiff,

v.

SAIA  MOTOR FREIGHT LINE, LLC,

     Defendant.
_____

ORDER OF DISMISSAL
_____

     THIS MATTER having come before the Court on the Stipulation for Dismissal With

Prejudice (Doc 53 - filed June 24, 2011), and the Court being fully advised in the premises,

it is therefore

     ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

               BY THE COURT:


                  s/Lewis T. Babcock
               LEWIS T. BABCOCK, JUDGE

DATED: June 27, 2011